FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NCMIC INSURANCE COMPANY, a foreign corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER J. WELLWOOD; NATURAL HEALTH CENTER OF MEDICAL LAKE, PS; CHARLOTTE KALOUS; and ROBERT KALOUS<br><br>　　　　Defendants. | No. 2:25-CV-00207-SAB<br><br>**ORDER DISMISSING CASE** |

　　　　Before the Court is the Plaintiff's Notice of Voluntary Dismissal, ECF No. 8. Plaintiff asks the Court to dismiss this case without prejudice and without costs or attorney fees to any party. The Court notes that Defendants have not yet filed an answer or motion for judgment. *See* ECF No.7. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is **dismissed**.

//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED without prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 7th day of August 2025.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** # 2